

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2019

**BY E-MAIL**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Jose Caban, S1 19 Cr. 166 (VEC)**

Dear Judge Moses:

    Two defendants in the above-captioned case were arrested and presented before your Honor yesterday. Due to an inadvertent error, the superseding indictment was not unsealed in advance of the presentment in Magistrate Court. Accordingly, the Government writes to respectfully request that the Court formally unseal the above-referenced superseding indictment.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

            By: _____
                    Jamie Bagliebter
                    Assistant United States Attorney
                    (212) 637-2236

SO ORDERED:

12/5/19

_____
HONORABLE BARBARA MOSES
UNITED STATES DISTRICT JUDGE