USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

        S1 19-cr-166 (VEC)

AVILA ET AL.,

        ORDER

        Defendants.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 9, 2019, Defendants Jose Caban and Corey Cray appeared for an initial conference before this Court; and

    WHEREAS the discovery in this case is complex and voluminous;

    IT IS HEREBY ORDERED that Defendants must promptly discuss and execute a protective order so they can receive discovery from the Government; and

    IT IS HEREBY ORDERED that Defendants must each provide the Government with 2 half-terabyte hard drives so that discovery can be provided to counsel and to the Defendants in their facilities; and

    IT IS HEREBY ORDERED that a conference is scheduled for **March 19, 2020, at 2:30 p.m.** to set a pretrial motion and trial schedule. Defense counsel are directed to be prepared to discuss likely pretrial motions as well as their trial availability at that time. Time under the Speedy Trial Act has not begun to run because co-Defendants Isaiah Moss and Devonaire Price have not been apprehended, see 18 U.S.C. § 3161(h)(3).

**SO ORDERED.**

Dated: December 9, 2019
New York, NY

                                  **VALERIE CAPRONI
United States District Judge**