

# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

---

February 3, 2020

**By ECF**

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/4/2020
```

Re:   *United States v. Patrick Avila, et al.*
       **19 Cr. 166 (VEC)**

Dear Judge Caproni:

I represent the defendant in the above-captioned matter. I write to respectfully request a postponement of my client's sentencing. This is the first such request. Specifically, we are asking for a date the first week of April that is convenient for the Court. I have conferred with my counterpart at the government and she has no objection to this request.

The reason for this request is two-fold. One, we only recently located Mr. Avila's estranged father and have made arrangements to interview him. Secondly, we are awaiting the production of certain records from various New York government agencies that we believe are relevant to our sentencing submission.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Jamie Bagliebter (By ECF)

JR/Avila/Ltr to Jdg/Adj. Sentencing

Application GRANTED. Mr. Avila's sentencing is ADJOURNED to **April 2, 2020, at 11:00 a.m.** The parties' sentencing submissions are due no later than **March 19, 2020**.

SO ORDERED.

*Valerie Caproni*   2/4/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE