# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743



**MEMO ENDORSED**

March 12, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2020
```

**By ECF**

Honorable Valerie E. Caproni  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:   *United States v. Patrick Avila, et al.*  
             **19 Cr. 166 (VEC)**

Dear Judge Caproni:

I represent Patrick Avila in the above-captioned matter. I write to respectfully request an adjournment of two months for Mr. Avila's sentencing, now scheduled for April 2, 2020, at 11:00 AM.

The reason for this request is due to the fact that counsel resides in the "containment area" in New Rochelle, NY, and as such, counsel's ability to consult with Mr. Avila and gather all relevant material for the Court has been restricted.

Wherefore, with consent from the government, counsel respectfully requests a two month adjournment of Mr. Avila's sentencing at a date and time convenient to the Court.

Very truly yours,

James Roth, Esq.

cc: AUSA Jamie Bagliebter (By ECF)

Application GRANTED. Sentencing is adjourned to **May 1, 2020, at 2:00 p.m.** Submissions are due **April 17, 2020**. SO ORDERED.

*Valerie Caproni*  
3/12/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

JR/Avila/Ltr to Jdg/Adj. Sentencing 2