UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
         -against-                                           :
                                                             :      S1 19-cr-166 (VEC)
                                                             :
    JOSE CABAN, COREY CRAY, and ISAIAH                       :      ORDER
    MOSS,                                                    :
                                                             :
                                Defendant.                   :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/13/2020
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is scheduled for March 19, 2020;

IT IS HEREBY ORDERED that the conference is adjourned to **April 16, 2020, at 2:00 p.m.** Because the Court finds that Defendants' and the public's interest in a speedy trial is outweighed by the current public health crisis, time is excluded from March 19, 2020, to April 16, 2020.

**SO ORDERED.**

**Dated: March 13, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**