USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

JOSE CABAN, COREY CRAY, ISAIAH MOSS, and DEVONAIRE PRICE,

Defendants.

---

S1 19-cr-166 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a status conference is scheduled for April 16, 2020;

IT IS HEREBY ORDERED that the conference is adjourned to **June 3, 2020, at 2:00 p.m.** Because the Court finds that Defendants' and the public's interests in a speedy trial is outweighed by their interests in proceeding safely with due measure during the COVID-19 crisis, time is excluded from April 16, 2020, to June 3, 2020.

**SO ORDERED.**

**Dated: April 9, 2020
New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**