**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

**MEMO ENDORSED**

July 8, 2020

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/9/2020

RE: *United States v. Avila, et al.*
    **19-cr-166 (VEC)**

Dear Judge Caproni,

    As the Court is aware, defendants Jose Caban, Corey Cray, Isaiah Moss and Devonaire Price are scheduled to appear for a status conference on July 13, 2020. After conferring with both counsel for the defendants and the government, we have agreed that an adjournment is in the best interest of our clients. The additional time will allow client communication and discovery review, both of which have been made difficult by the COVID-19 pandemic. We respectfully request an adjournment until October 13, 2020. All the above-named defendants consent to the exclusion of time related to this request.

Very truly yours,

*/s/ Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Jamie Bagliebter (via ECF)
     Xavier Donaldson, Esq. (via ECF)
     Guy Oksenhendler, Esq. (via ECF)
     Esere Onaodowan, Esq. (via ECF)

---

Application GRANTED. The conference scheduled for July 13, 2020, is adjourned to **October 13, 2020, at 11:00 a.m.** Time is excluded from July 13, 2020, until October 13, 2020. The Court finds that Defendants' and the public's interests in a speedy trial is outweighed by their interests in reviewing the voluminous discovery and proceeding safely during the pandemic.

SO ORDERED.

*/s/ Valerie Caproni*
7/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE