```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :

      -against-                        :

                                       :       19-cr-166 (VEC)

   JOSE CABAN, COREY CRAY, ISAIAH MOSS, :      ORDER
   DEVONAIRE PRICE, and TYLER
   PATTERSON,

                     Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference is scheduled for October 13, 2020, at 11:00 a.m.;

      IT IS HEREBY ORDERED that the conference will be held as a teleconference. The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: October 9, 2020**
      **New York, NY**

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**