USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                      :
                                              :
          -against-                           :
                                              :          19-cr-166 (VEC)
                                              :
JOSE CABAN,                                   :          ORDER
                                              :
                              Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court scheduled a conference with Defendant Jose Caban, Mr. Caban's

counsel, and the Government for February 9, 2021, at 12:00 p.m.; and

WHEREAS the Bureau of Prisons has informed the Court that it will be unable to

produce the Defendant at that time;

IT IS HEREBY ORDERED that the conference will be held on **February 11, 2021, at

12:00 p.m.**  The parties are instructed to dial-in to the conference using (888) 363-4749 // access

code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: February 2, 2021**
**        New York, NY**

**VALERIE CAPRONI**
**United States District Judge**