USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA        :
                                                 :
        -against-                            :
                                                 :             19-cr-166 (VEC)
                                                 :
    JOSE CABAN,                             :               <u>ORDER</u>
                                                 :
                         Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on February 11, 2021, Mr. Caban, his counsel, and the Government appeared before the Court for a conference;

        IT IS HEREBY ORDERED that the parties must appear before the Court for an additional conference on **February 25, 2021, at 12:00 p.m.** The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: February 11, 2021**
      New York, NY

                                               _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**