```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :
        -against-                 :
                                  :    19-cr-166 (VEC)
                                  :
JOSE CABAN,                       :    ORDER
                                  :
                     Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court scheduled a conference with Defendant Jose Caban, Mr. Caban's counsel, and the Government for February 25, 2021, at 12:00 p.m.; and

WHEREAS the Bureau of Prisons has informed the Court that it will be unable to produce the Defendant at that time;

IT IS HEREBY ORDERED that the conference will be held on **February 25, 2021, at 9:00 a.m.** The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: February 17, 2021**
       **New York, NY**

                                         _Valerie Caproni_____
                                         **VALERIE CAPRONI**
                                         **United States District Judge**