USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

                                                    19-cr-166 (VEC)

JOSE CABAN,                                  ORDER

                     Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 25, 2021, Defendant filed a letter motion requesting that he be released on bail pending trial; and

    WHEREAS on March 5, 2021, the Government filed an opposition to Defendant's motion seeking bail;

    IT IS HEREBY ORDERED that the parties must appear before the Court for an hearing via teleconference on **March 16, 2021, at 12:00 p.m.**  The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: March 5, 2021**
       **New York, NY**

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**