USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA        :

         -against-                           :           19-cr-166 (VEC)

   JOSE CABAN,                        :           ORDER

                      Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a bail hearing is scheduled for March 16, 2021, at 12:00 p.m.; and

      WHEREAS the Bureau of Prisons is unable to produce the Defendant at that time;

      IT IS HEREBY ORDERED that the bail hearing is rescheduled for **March 16, 2021, at 9:00 a.m.** The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166.

**SO ORDERED.**

**Dated: March 11, 2021**
      **New York, NY**

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**