```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA              :

        -against-                              :            19-cr-166 (VEC)

    JOSE CABAN,                           :            ORDER

                     Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 16, 2021, the parties appeared telephonically for a hearing on Defendant's motion seeking bail pursuant to 18 U.S.C. § 3142;

       IT IS HEREBY ORDERED that Defendant's motion is DENIED for the reasons stated on the record at the hearing. The Clerk of Court is respectfully requested to terminate the open motion at Dkt. 270.

**SO ORDERED.**

**Dated: March 17, 2021**
       **New York, NY**

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**