USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA             :
                                                 :
     -against-                             :
                                                 :           19-cr-166 (VEC)
                                                 :
   JOSE CABAN, COREY CRAY, ISAIAH MOSS,  :           ORDER
   DEVONAIRE PRICE, and TYLER               :
   PATTERSON,                                   :
                                                 :
                           Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 13, 2020, the Court scheduled a status conference for March 19, 2021; and

      WHEREAS on January 14, 2021, the Court granted Defendants' request for a two-week adjournment of the pretrial motions schedule in this case and adjourned the March 19, 2021 status conference to April 2, 2021, at 11:00 a.m.;

      IT IS HEREBY ORDERED that the April 2, 2021 status conference shall be conducted as a teleconference. The parties are instructed to dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: 0166. To the extent defense counsel has not yet done so, counsel is instructed to obtain his or her client's consent to waive his appearance at the teleconference.

**SO ORDERED.**

**Dated: March 17, 2021**
       **New York, NY**

                                                                **VALERIE CAPRONI**
                                                                 **United States District Judge**