USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA

    -against-

19-cr-166 (VEC)

JOSE CABAN, COREY CRAY, DEVONAIRE PRICE, and TYLER PATTERSON,

ORDER

                          Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 2, 2021, the parties appeared for a status conference;

    IT IS HEREBY ORDERED that the Court will schedule a trial for the fourth quarter of 2021. The Court anticipates trying any remaining Defendants in a single trial, to the extent possible in light of the ongoing COVID-19 pandemic. The Court will set a schedule for pretrial filings after selecting a trial date.

**SO ORDERED.**

**Dated: April 2, 2021**
    **New York, NY**

                                                                      **VALERIE CAPRONI**
                                                                       **United States District Judge**