USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA          :
                                  :
          -against-               :
                                  :          19-cr-166 (VEC)
                                  :
JOSE CABAN, COREY CRAY, DEVONAIRE :          ORDER
PRICE, and TYLER PATTERSON,       :
                                  :
                    Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 5, 2021, Defendant Patterson filed a motion to suppress (Dkt. 258);

WHEREAS on March 5, 2021, the Government filed its opposition to Defendant Patterson's motion (Dkt. 273);

WHEREAS the Court set March 19, 2021, as the deadline for Defendant Patterson to file a reply in further support of his motion (Dkt. 264);

WHEREAS Defendant Patterson did not file a reply;

WHEREAS the Court does not presently anticipate any additional briefing on Defendant Patterson's motion to suppress and does not presently anticipate holding a hearing on the motion; and

WHEREAS the Court informed the parties that the Court will schedule a trial for the fourth quarter of 2021;

IT IS HEREBY ORDERED that the parties must appear for a status conference on **August 17, 2021, at 10:00 a.m.**, at which the Court will discuss its anticipated trial date and set a schedule for pretrial filings.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. 3161(h)(7)(A), time is excluded for the period between April 19, 2021, and August 17, 2021, because the Court finds that the ends of justice served by accommodating logistical difficulties caused by the COVID-19 pandemic and the complexity of this case outweigh the interests of the public and the Defendants in a speedy trial.

**SO ORDERED.**

**Dated: April 19, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**