```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA              :
                                        :
         -against-                      :
                                        :    19-cr-166 (VEC)
                                        :
  JOSE CABAN,                           :    ORDER
                                        :
                         Defendant.     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 7, 2021, the parties informed the Court that Defendant Jose Caban wishes to plead guilty pursuant to a plea agreement with the Government;

IT IS HEREBY ORDERED that a change-of-plea hearing is scheduled for **July 21, 2021, at 3:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Dated: July 8, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**