```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
       -against-                                             :
                                                             :           19-CR-166 (VEC)
                                                             :
  JOSE CABAN and DEVONAIRE PRICE,                            :              ORDER
                                                             :
                                             Defendants.     :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 21, 2021, the Government and Mr. Caban appeared for a change-of-plea hearing;

WHEREAS the Court adjourned the hearing to August 5, 2021; and

WHEREAS the parties have informed the Court that Mr. Caban no longer wishes to plead guilty;

IT IS HEREBY ORDERED that Mr. Caban's August 5, 2021 change-of-plea hearing is CANCELED.

IT IS FURTHER ORDERED that the status conference in this case scheduled for August 17, 2021, at 10:00 a.m. is RESCHEDULED to **August 10, 2021, at 10:00 a.m.** Both Mr. Caban and Mr. Price must appear at the status conference.

IT IS FURTHER ORDERED that all of the attorneys should come to Court prepared to discuss any scheduling conflicts they may have if this trial is scheduled for a date in fourth quarter of 2021.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

Date:  August 4, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.