```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA   :
                                               :
      -against-                        :
                                               :      19-CR-166 (VEC)
                                               :
   JOSE CABAN,                       :      ORDER
                                               :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 10, 2021, the parties appeared for a conference, at which the Court announced that it would request a trial date for early Q4 2021;

      IT IS HEREBY ORDERED that trial shall commence with jury selection on **October 13, 2021, at 10:00 a.m.** Because this case is first on the list of jury trials for October 13, 2021, this is a firm trial date. The Court will notify the parties in which courtroom the trial will proceed closer to the date of the trial.

      IT IS FURTHER ORDERED that a Final Pretrial Conference is scheduled for **September 30, 2021, at 3:00 p.m.**, in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007.

      IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#. All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Date: August 30, 2021**
       **New York, NY**

                                                   _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**