```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/30/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA         :
                                                      :       19-CR-166 (VEC)
          -against-                   :
                                                      :       ORDER
   JOSE CABAN,                              :
                                                        :
                                Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 24, 2021, and August 25, 2021, the parties each filed motions *in limine* in this matter (Dkts. 312, 313, 314, 315);

      WHEREAS on September 26, 2021, the Government filed a supplemental motion *in limine* (Dkt. 340); and

      WHEREAS on September 30, 2021, the parties appeared for a final pretrial conference;

      IT IS HEREBY ORDERED that for the reasons stated at the conference, the Government's motions *in limine* are granted and the Defendant's motion *in limine* is denied.

      The Clerk of Court is respectfully directed to close the open motions at 312, 313, 314, 315, and 340.

**SO ORDERED.**

Date:  September 30, 2021
        New York, NY

                                                         **VALERIE CAPRONI**
                                                        **United States District Judge**