**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

October 1, 2021

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Jose Caban*
      **19-cr-166 (VEC)**

Dear Judge Caproni,

     This letter is submitted on behalf of my client, Jose Caban, Reg. No. 87541-054, to respectfully request that the Court order the Bureau of Prisons – Metropolitan Correctional Center and the United States Marshals Service to accept clothing for Mr. Caban's upcoming trial, starting October 13, 2021. For the Court's convenience, I have enclosed a draft order with this letter.

     Thank you for your attention to this request.

Respectfully submitted,

*Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Justin V. Rodriguez (via ECF)
       A.U.S.A. Lindsey Keenan (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

JOSE CABAN,

Defendant.
-------------------------------------------------------X

ORDER

S3 19-cr-166 (VEC)

IT IS HEREBY ORDERED THAT:

1. The Bureau of Prisons – Metropolitan Correctional Center ("MCC"), 150 Park Row, New York, NY 10007, is directed to receive and accept the following items on behalf of JOSE CABAN, Reg. No. 87541-054:

   a. Two (2) pairs of pants;
   b. Two (2) dress shirts;
   c. One (1) suit jacket;
   d. One (1) sweater;
   e. One (1) tie;
   f. One (1) belt;
   g. Two (2) pairs of dress socks; and
   h. One (1) pair of shoes.

2. These items will be delivered by Meredith S. Heller, Esq., in preparation for Mr. Caban's trial, starting on October 13, 2021.

3. The United States Marshal is directed to facilitate the defendant getting dressed in these clothes prior to his appearance each day of trial in this case.

DATED:       October _1_, 2021

SO ORDERED: _Valerie Caproni_
                    VALERIE E. CAPRONI, U.S.D.J.