```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA          :

                                                           :      19-CR-166 (VEC)
           -against-                      :

                                                           :      <u>ORDER</u>
    JOSE CABAN,                               :

                                   Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the trial will commence with jury selection on October 13, 2021, at 10:00 a.m., *see* Docket 317;

        IT IS HEREBY ORDERED that the parties must appear before the Court in advance of jury selection at **9:30 a.m.** on **October 13, 2021**, in **Courtroom 23B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**.

**SO ORDERED.**

Date: October 12, 2021
       New York, NY

                                                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**