```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
   -v-                              :
                                    :   19 Cr. 166 (VEC)
JOSE CABAN,                         :
                                    :
       Defendant.                   :
                                    :
- - - - - - - - - - - - - - - - - - x

VALERIE CAPRONI, United States District Judge:

The MDC Brooklyn is hereby ORDERED to allow the defendant, Jose Caban, to have a legal visit with his attorney, Meredith S. Heller, on Saturday October 16, 2021, from noon to 3:00 p.m. The MDC must allow Ms. Heller to bring a laptop computer and hard drive with her when visiting Mr. Caban.

Anyone at the MDC Brooklyn who refuses to comply with this Order must be prepared to be held in contempt of court.

Dated:    New York, New York
          October 14, 2021

                                    _____
                                    THE HONORABLE VALERIE E. CAPRONI
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK