```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA                                   :
                                                               :
            -against-                                          :
                                                               :    19-CR-166 (VEC)
                                                               :
    JOSE CABAN,                                                :         ORDER
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/21

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Caban was found guilty on all counts after a jury trial on October 19, 2021;

IT IS HEREBY ORDERED that Mr. Caban is scheduled for sentencing on **Thursday, February 17, 2022 at 11:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.  Sentencing submissions from the parties are due not later than **Thursday, February 3, 2022**.

IT IS FURTHER ORDERED that interested members of the public may dial-in at (888) 363-4749 // Access Code: 3121171# // Security Code: 0166#.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Docket 355, which was ruled on during trial.

**SO ORDERED.**

Date:  October 19, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**