**Law Office of Meredith S. Heller PLLC**
www.msheller law.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

# MEMO ENDORSED

November 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/2/21__

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Jose Caban*
      **19-cr-166 (VEC)**

Dear Judge Caproni,

     As the Court is aware, I am CJA counsel for Mr. Caban. I write to request permission to file an interim voucher in this matter. I was assigned to represent Mr. Caban on December 5, 2019. Mr. Caban exercised his right to trial, which completed on October 19, 2021. Mr. Caban's sentencing is currently scheduled for February 17, 2021. Given the length of time between now and Mr. Caban's sentencing, as well as the number of hours spent in necessary trial preparation, it is respectfully requested that your Honor approve an interim voucher. Please feel free to contact me with any questions.

Respectfully submitted,

*[signature]*

Meredith S. Heller

Application GRANTED.

SO ORDERED.

*[signature]*
11/2/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE