**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/22

February 1, 2022

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Jose Caban*
19-cr-166 (VEC)

Dear Judge Caproni,

This letter is submitted on behalf of my client, Jose Caban, Mr. Caban's sentencing is currently scheduled for February 17, 2022. I respectfully request an adjournment of 30 days, until March 21, 2022. This is Mr. Caban's first request for a sentencing adjournment. This request is necessary because communication with my client at MDC has been extremely difficult. In-person client visits have been suspended for the past few months and were only reinstated yesterday. Legal phone calls and legal mail have also been severely hampered due to the Omicron variant and lockdowns.

Additionally, I will be out of town the week of February 14, 2022, in order to care for a family member.

The government, through A.U.S.A. Justin Rodriguez, consents to this request.

Therefore, I respectfully request a sentencing adjournment of an additional 30 days until March 21, 2022, or a time convenient to the Court.

Respectfully Submitted,

Meredith S. Heller

Cc: A.U.S.A. Justin V. Rodriguez (via ECF)
A.U.S.A. Lindsey Keenan (via ECF)

---

Application GRANTED. The sentencing currently scheduled for February 17, 2022, at 11:00 a.m. is hereby ADJOURNED until **March 23, 2022, at 11:00 a.m.** The deadline to submit sentencing submissions is hereby ADJOURNED from February 3, 2022, until **March 3, 2022**.

SO ORDERED.

2/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE