**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

# MEMO ENDORSED

March 1, 2022

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/1/22**

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:**   *United States v. Jose Caban*
           **19-cr-166 (VEC)**

Dear Judge Caproni,

　　This letter is submitted on behalf of my client, Jose Caban, Mr. Caban's sentencing is currently scheduled for March 23, 2022, with sentencing submissions due on March 3, 2022. I respectfully request an adjournment of 30 days, until April 22, 2022. This is Mr. Caban's second request for a sentencing adjournment. This request is necessary because communication with my client at MDC has been extremely difficult. In-person client visits have been suspended off and on all month and legal phone calls and legal mail have also been severely hampered due to the Omicron variant and lockdowns. I have also had to travel to take care of a family member.

　　The government, through A.U.S.A. Justin Rodriguez, consents to this request.

　　Therefore, I respectfully request a sentencing adjournment of an additional 30 days until April 22, 2022, or a time convenient to the Court.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Justin V. Rodriguez (via ECF)
         A.U.S.A. Lindsey Keenan (via ECF)

---

Application GRANTED. The sentencing currently scheduled for March 23, 2022 at 11:00 a.m. is hereby ADJOURNED until **Friday, April 22, 2022, at 11:00 a.m.** The deadline to submit sentencing submissions is hereby ADJOURNED from March 3, 2022 until April 4, 2022.

SO ORDERED.

*Valerie Caproni*
3/1/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE