```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
          -against-                                          :
                                                             :      19-CR-166 (VEC)
                                                             :
  JOSE CABAN,                                                :           ORDER
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/5/22

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is scheduled for Friday, April 22, 2022, at 11:00 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the sentencing hearing is adjourned until **Thursday, April 28, 2022 at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.

**SO ORDERED.**

**Date: April 5, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**