**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

**MEMO ENDORSED**

April 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/25/22

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:**   *United States v. Jose Caban*
          **19-cr-166 (VEC)**

Dear Judge Caproni,

      This letter is submitted on behalf of my client, Jose Caban. Mr. Caban's sentencing is currently scheduled for April 28, 2022, at 2:30 pm. Unfortunately, that conflicts with an appearance I have in the Eastern District of New York, in *United States v. McBean (Semaj Smith)*, 20-cr-260 (PKC), before Judge Chen at 2:00 pm.

      It is respectfully requested that the sentencing hearing be adjourned until either later on Thursday any time after 4:00 pm or Friday, April 29th after 12:00 pm. I am also available on May 2nd after 11:30 am.

      The government, through A.U.S.A. Justin Rodriguez, does not oppose this request.

      I apologize to the Court for any inconvenience. Thank you for your prompt attention to this matter.

Respectfully Submitted,

*/s/ Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Justin V. Rodriguez (via ECF)
      A.U.S.A. Lindsey Keenan (via ECF)

Application GRANTED. The sentencing hearing currently scheduled for April 28, 2022, at 2:30 p.m. is hereby ADJOURNED until **April 29, 2022, at 1:30 p.m.**

SO ORDERED.

*Valerie Caproni*   4/25/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE